1036

No. 96–5625. JOHNSON v. SHILLINGER, WARDEN, ET AL., *ante*, p. 936;

No. 96–5669. IN RE PARENTEAU, *ante*, p. 806;

No. 96–5690. STEELE v. CALIFORNIA DEPARTMENT OF SOCIAL SERVICES ET AL., *ante*, p. 952;

No. 96–5697. JEMZURA v. NEW YORK STATE ELECTRIC & GAS CORP. ET AL., *ante*, p. 953;

No. 96–5730. KAMMEFA v. MARYLAND DEPARTMENT OF AGRICULTURE, *ante*, p. 908;

No. 96–5741. BROWN v. FERGUSON, WARDEN, ET AL., *ante*, p. 953;

No. 96–5749. LAWRENCE v. BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER, *ante*, p. 937;

No. 96–5892. IVERSON ET AL. v. GRANT ET AL., *ante*, p. 976;

No. 96–5893. MOSELEY v. UNITED STATES, *ante*, p. 941;

No. 96–5936. BIERLEY v. FRANZ, DISTRICT DIRECTOR, PENNSYLVANIA BOARD OF PROBATION AND PAROLE, *ante*, p. 954;

No. 96–5966. O'BRIEN v. UNITED STATES, *ante*, p. 942; and

No. 96–6007. CAMPBELL v. UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN, *ante*, p. 943. Petitions for rehearing denied.

No. 95–9407. MESERVY v. MESERVY, *ante*, p. 855. Motion for leave to file petition for rehearing denied.

DECEMBER 10, 1996

No. 96–6992 (A–418). IN RE ZEITVOGEL. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

No. 96–6925 (A–392). STOUT v. NETHERLAND, WARDEN. C. A. 4th Cir. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.

No. 96–7009 (A–420). ZEITVOGEL v. BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Ap-